UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DENNIS BOLTON,

     Plaintiff,                                      Case No. 20-cv-10813
                                                               Hon. Matthew F. Leitman

v.

LYNN MOORE, *et al.*,

     Defendants.

_____/

## **<ins>ORDER TO APPEAR</ins>**

     In this action, the Court is holding an in-person hearing on Defendants' motion for summary judgment (ECF No. 13) on **<ins>Thursday, June 16, 2022 at 1:30 p.m. in Courtroom 207</ins>** at the United States District Court, Theodore Levin U.S. Courthouse, 231 W. Lafayette Boulevard, Detroit, Michigan.  **IT IS HEREBY ORDERED** that, at this hearing, Wolf Mueller is to appear personally on behalf of Plaintiff Dennis Bolton, and Robyn J. Brooks is to appear personally on behalf of Defendants.

                                          s/Matthew F. Leitman
                                          MATTHEW F. LEITMAN
                                          UNITED STATES DISTRICT JUDGE

Dated:  June 13, 2022

1

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on June 13, 2022, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126