UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DENNIS BOLTON,

    Plaintiff,

v.

                              Case No. 20-cv-10813
                              Hon. Matthew F. Leitman

LYNN MOORE, *et al.*,

    Defendants.
_____/

**ORDER ADMINISTRATIVELY TERMINATING
PENDING MOTION FOR SUMMARY JUDGMENT (ECF No. 13)**

The parties to this action have informed the Court that this case has settled. Accordingly, the Court **ADMINISTRATIVELY TERMINATES** the pending motion for summary judgment (ECF No. 13).

                              s/Matthew F. Leitman
                              MATTHEW F. LEITMAN
                              UNITED STATES DISTRICT JUDGE

Dated: June 28, 2022

    I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on June 28, 2022, by electronic means and/or ordinary mail.

                              s/Holly A. Ryan
                              Case Manager
                              (313) 234-5126